IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SEI INVESTMENTS GLOBAL FUNDS SERVICES,
    Plaintiff,

v.

CITIBANK, N.A.,
    Defendant.

CIVIL ACTION

NO. 14-5972

FILED
APR 21 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this 21st day of April, 2015, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 10) and the briefing in support thereof and in opposition thereto, it is **ORDERED** as follows:

The Motion is **DENIED** as to Count One (Breach of Contract) and Count Three (Restitution/Unjust Enrichment); and

The Motions is **GRANTED** as to Count Two (Negligence) and Count Four (Indemnification). Counts Two and Four are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_____
WENDY BEETLESTONE, J.